UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 SEP 27 A 10: 58
U.S. DISTRICT COURT
DISTRICT OF MASS.

C.A.I. Inc.
   Plaintiff

v.

Omega Plastic Corporation
   Defendant

Case No.# _____

04 - 12065 RCL

MAGISTRATE JUDGE Alexander

**COMPLAINT FOR MONIES OWED FOR
GOODS SOLD AND DELIVERED**

Plaintiff C.A.I. Inc., by and through its attorneys, alleges as follows:

### INTRODUCTION

1. Plaintiff C.A.I. Inc. brings this action against Defendant, Omega Plastic Corporation for breach of contract in that the defendant has failed to pay for inks delivered to the defendant's facilities.

2. Plaintiff C.A.I. Inc is a manufacturer of flexographic and other printing inks, which can be applied to multiple surfaces and textures, such as plastic bags or paper products.

3. Defendant Omega Plastic Corporation is a manufacturer who produces multiple products during which flexographic and other printing inks, such as the Plaintiff produces, are applied to their products.

4. Plaintiff and Defendant enjoyed a good working relationship for a period of about seven years in which they signed a succession of contracts, which, *inter alia,*

FILING FEE PAID:
RECEIPT # _____
AMOUNT $ _____
BY DPTY CLK _____
DATE _____

included definite price terms, payment terms and a liberal incentive rebate program for purchases by the defendant.

## PARTIES

5. Plaintiff C.A.I. Inc. is a corporation duly incorporated under the laws of the Commonwealth of Massachusetts

6. Defendant Omega Plastic Corporation is a corporation duly incorporated under the laws of the State of New Jersey.

## JURISDICTION AND VENUE

7. Jurisdiction founded on diversity of citizenship and amount. Plaintiff is a corporation duly incorporated under the laws of the Commonwealth of Massachusetts and maintains a principle place of business in Massachusetts. Defendant Omega Plastic Corporation is a corporation duly incorporated under the laws of the State of New Jersey and maintains a principle place of business in New Jersey. This court has personal jurisdiction because, the title of goods delivered at the heart of this complaint, passed from Plaintiff to Defendant in the Commonwealth of Massachusetts and Defendant's contacts with the Commonwealth have been continuous and systematic over the years and the Defendant has purposely avails itself of the privilege of conducting activities within the Commonwealth, thus invoking the benefits and protections of its laws. The amount in controversy is in excess, exclusive of interest and costs, the sum of two hundred thirty five thousand dollars ($ 235,000.00).

8. Venue is proper in this District pursuant to 28 § 1391 because a substantial part of the events or omissions giving rise to the Plaintiff's claim occurred in the Commonwealth of Massachusetts.

## FACTUAL BACKGROUND

9. On or about February 7, 2003, the parties entered into a one-year agreement in which the plaintiff would produce inks and deliver said inks to the Defendant. (See Exhibit One).

10. The Parties had entered into similar agreement for a number of years.

11. The Plaintiff keeps regular books and records of its accounts, which indicate the amounts owed by vendors. (See Exhibit two).

12. Defendant made regular and timely payment for ink delivered until May of 2004 when it stopped payments to Plaintiff.

13. Finance charges in accordance with the contract between the parties are Eight thousand eight hundred ninety three dollars and seventeen cents ($ 8,893.17) to the date of the filing of this complaint. (See Exhibit three).

14. Defendant after contracting with another supplier in 2004 has been evasive about when Plaintiff can expect payment for goods delivered.

15. Defendant through its attorney has informed the Plaintiff that it will not be honoring the agreement made between the Parties.

## FIRST CLAIM - Breach of Contract

16. Defendant owes the Plaintiff two hundred forty four thousand eight hundred five dollars and forty-six cents ($ 244,805.46) for goods sold and delivered to the defendant between May 1, 2004 and July 31, 2004.

## PRAYER FOR RELIEF

Wherefore the Plaintiff C.A.I. Inc. asks this honorable Court to grant the following relief:

1. Find that the Defendant breached its contract with C.A.I. Inc. by failing to pay for goods sold and delivered and award the plaintiff the amount indicated in claim one ($ 244,805.46);

2. For prejudgment interest on all damages, where allowable by law; and

3. For such additional relief as the Court deems to be just and equitable.

Dated: September 27, 2004

Respectfully Submitted for the Plaintiff,
C.A.I. Inc.,
By its Attorneys,

John Gilbertson
365 Main Street
Stoneham, MA 02180
781 438-3445
781 438-8642 (fax)
BBO#: 191700

Robert J. Michaud, Esq.
360 Littleton Road, Unit E-10
Chelmsford, MA 01824
978-376-8649
978-256-9893 (fax)
BBO#: 652283

Exhibit One

CORPORATE REBATE PROGRAM TERMS OF AGREEMENT

CAI INC., QUANTUM INK INC. ----------- ALPHA

- CAI Inc., Quantum Ink Co. agree to allow Alpha to add total ink purchases for any plants which CAI Inc. and/or Quantum Ink Co. supplies ink. The total yearly ink purchases made by the Alpha group from CAI Inc., and Quantum Ink Co. will be eligible for the following rebate structure:

  Total Ink Purchases US $                                      % Rebate

  $1,000,000 to $1,499,999 -------------------------------- 5% rebate
  $1,500,000 to $1,999,999 -------------------------------- 6% rebate
  $2,000,000 +             -------------------------------- 7% rebate

  Rebate percentage is based on total dollars purchased back to dollar 1 purchased. For Example if $1,100,000 total purchases, Alpha group receives rebate of 5% on $1,100,000 = $55,000 rebate.
- Payment terms are net 50 days from invoice date. This means we must receive payments within payment terms. Any invoices, which are not paid with in agreed terms are not eligible to be counted towards the rebate program.
- CAI Inc. agrees compensate 1 man to assist with ink room duties in Omega, Kentucky, as agreed with Omega. This persons duties shall remain the same, as they currently exist at this time. Quantum Ink Co./CAI Inc. agree to continue to supply 1 man to assist with ink room duties under current arrangement in Sigma/Southeastern facility, Newbrunswick NJ.
- Prices would be guaranteed for 1 year as they currently exist, commencing January 1, 2003 and reviewed once per year. Alpha would be given 90 days notice, of all price increases. Separate pricing to be established for new or other products as needed.
- Alpha agrees to purchase 100% of their ink requirements from CAI Inc. and/or Quantum Ink Co. in the following facilities which are currently being supplied by CAI Inc. and/or Quantum Ink Co: Omega Plastics- Shelbyville, Kentucky, Omega Plastics-Building #3, Lyndhust, NJ, Omega Plastics-Building #8, Lyndhurst NJ, Sigma/Southeastern Plastics-Newbrunswick, NJ. Alpha has the option to use other suppliers to satisfy customer performance requirements that CAI Inc. and/or Quantum Ink Co. cannot achieve. CAI Inc. and/or Quantum Ink Co. have the opportunity to better or match any such material supplied by another vendor at competitive pricing.
- Alpha agrees to work with Mike Sartorelli to give CAI Inc. and/or Quantum Ink Co. an opportunity to secure business for CAI Inc. and/or Quantum Ink Co., in facilities which, currently do not purchase ink from CAI Inc. and/or Quantum Ink Co.
- Terms of this agreement would be one year commencing January 1, 2003, after agreement by all parties. Agreement could be cancelled with 90 days written notice by any party.
- If agreement is reached by all parties, rebate program would begin retroactive January 1, 2003.

Exhibit One

- Terms of this agreement would be one year commencing January 1, 2003, after agreement by all parties. Agreement could be cancelled with 90 days written notice by any party.

- If agreement is reached by all parties, a credit invoice will be issued at the end of each quarter. The rebate percentage will be estimated based on last years rebate percentage. The final quarterly rebate credit will be adjusted if necessary to reflect the actual rebate percentage for the entire year. Rebate program would begin retroactive January 1, 2003.

Mr. Teo I have signed two copies of this contract, would you sign one and mail one back to me in the envelope I have provided.

Seller: CAI Inc./Quantum Ink Inc.
By: Michael Sartorelli

Signature _____

Buyer: Alpha Group
By: Mark Teo

Signature: _____

9/3/04 at 12:08:38.55                                                                                                       Page: 1a

**CAI INC**
**Aged Receivables**
As of Sep 3, 2004

Exhibit Two

Filter Criteria includes: 1) IDs from OMEGA to OMEGA - KENTUCKY. Report order is by ID. Report is printed in Detail Format.

| Customer ID<br>Customer<br>Contact<br>Telephone 1 | Invoice No | Date | 0 - 60 | 61 - 65 | 66 - 90 | Over 90 days | Amount Due |
|---|---|---|---|---|---|---|---|
| OMEGA<br>OMEGA PLASTICS INC - BLD<br>LIZ/MARIA FERRARA<br>201-933-6000 EXT 12 | 40024 | 5/24/04 | | | | 6,293.50 | 6,293.50 |
| | 40045 | 5/25/04 | | | | 546.75 | 546.75 |
| | 40057 | 5/27/04 | | | | 9,440.15 | 9,440.15 |
| | 40105 | 6/3/04 | | | | 6,667.00 | 6,667.00 |
| | 40118 | 6/4/04 | | | | 675.00 | 675.00 |
| | 40131 | 6/7/04 | | | 7,341.65 | | 7,341.65 |
| | 40167 | 6/10/04 | | | 7,908.54 | | 7,908.54 |
| | 40185 | 6/14/04 | | | 8,244.23 | | 8,244.23 |
| | 40214 | 6/17/04 | | | 5,859.90 | | 5,859.90 |
| | 40248 | 6/21/04 | | | 6,353.40 | | 6,353.40 |
| | 40284 | 6/24/04 | | | 8,466.70 | | 8,466.70 |
| | 40303 | 6/28/04 | | | 12,907.18 | | 12,907.18 |
| | 40347 | 7/1/04 | | 9,516.60 | | | 9,516.60 |
| | 40371 | 7/6/04 | 7,136.47 | | | | 7,136.47 |
| | 40393 | 7/8/04 | 5,621.55 | | | | 5,621.55 |
| | 40413 | 7/12/04 | 11,762.49 | | | | 11,762.49 |
| | 40446 | 7/15/04 | 7,524.60 | | | | 7,524.60 |
| | 40476 | 7/19/04 | 15,048.91 | | | | 15,048.91 |
| | 40505 | 7/22/04 | 8,997.17 | | | | 8,997.17 |
| | 40529 | 7/26/04 | 6,381.45 | | | | 6,381.45 |
| | 40562 | 7/29/04 | 7,440.20 | | | | 7,440.20 |
| **OMEGA**<br>**OMEGA PLASTICS INC - BL** | | | **69,912.84** | **9,516.60** | **57,081.60** | **23,622.40** | **160,133.44** |
| OMEGA - BUILDING # 8<br>OMEGA PLASTICS INC - BLD<br>BARBARA<br>201-933-6000 EXT 12 | 39999 | 5/20/04 | | | | 2,765.65 | 2,765.65 |
| | 40025 | 5/24/04 | | | | 3,582.20 | 3,582.20 |
| | 40078 | 6/1/04 | | | | 5,380.45 | 5,380.45 |
| | 40137 | 6/8/04 | | | 3,443.99 | | 3,443.99 |
| | 40193 | 6/15/04 | | | 4,108.40 | | 4,108.40 |
| | 40223 | 6/18/04 | | | 2,151.60 | | 2,151.60 |
| | 40239 | 6/21/04 | | | 3,201.10 | | 3,201.10 |
| | 40283 | 6/24/04 | | | 7,186.57 | | 7,186.57 |
| | 40304 | 6/28/04 | | | 7,779.90 | | 7,779.90 |
| | 40382 | 7/7/04 | 9,902.90 | | | | 9,902.90 |
| | 40427 | 7/13/04 | 8,664.35 | | | | 8,664.35 |
| | 40451 | 7/15/04 | 4,867.15 | | | | 4,867.15 |
| | 40475 | 7/19/04 | 3,338.47 | | | | 3,338.47 |
| | 40506 | 7/22/04 | 4,541.85 | | | | 4,541.85 |
| | 40550 | 7/28/04 | 4,359.37 | | | | 4,359.37 |
| **OMEGA - BUILDING # 8**<br>**OMEGA PLASTICS INC - BL** | | | **35,674.09** | | **27,871.56** | **11,728.30** | **75,273.95** |
| OMEGA - KENTUCKY<br>OMEGA PLASTICS INC - KEN | 40234 | 6/21/04 | | | 504.90 | | 504.90 |
| **OMEGA - KENTUCKY**<br>**OMEGA PLASTICS INC - KE** | | | | | **504.90** | | **504.90** |
| **Report Total** | | | **105,586.93** | **9,516.60** | **85,458.06** | **35,350.70** | **235,912.29** |

```
                              CAI INC              Exhibit Three
                           Finance charges
                          September 13, 2004


-----------------------------------------------------------------------------------
                                         Ref #              Overdue Amount  Finance Charge
Customer         Name                                       -------------------------------
-----------------------------------------------------------
OMEGA            OMEGA PLASTICS INC - BLDG #3   FC9DY00001     160,133.44      6,032.77

                 Invoice#     Due Date    Balance Due
                 --------     --------    -----------
                 40024        6/23/04       6,293.50
                 40045        6/24/04         546.75
                 40057        6/26/04       9,440.15
                 40105        7/3/04        6,667.00
                 40118        7/4/04          675.00
                 40131        7/7/04        7,341.65
                 40167        7/10/04       7,908.54
                 40185        7/14/04       8,244.23
                 40214        7/17/04       5,859.90
                 40248        7/21/04       6,353.40
                 40284        7/24/04       8,466.70
                 40303        7/28/04      12,907.18
                 40347        7/31/04       9,516.60
                 40371        8/5/04        7,136.47
                 40393        8/7/04        5,621.55
                 40413        8/11/04      11,762.49
                 40446        8/14/04       7,524.60
                 40476        8/18/04      15,048.91
                 40505        8/21/04       8,997.17
                 40529        8/25/04       6,381.45
                 40562        8/28/04       7,440.20


OMEGA - BUILDING # 8  OMEGA PLASTICS INC - BLDG #8   FC9DY00002    75,273.95      2,839.48

                 Invoice#     Due Date    Balance Due
                 --------     --------    -----------
                 39999        6/19/04       2,765.65
                 40025        6/23/04       3,582.20
                 40078        7/1/04        5,380.45
                 40137        7/8/04        3,443.99
                 40193        7/15/04       4,108.40
                 40223        7/18/04       2,151.60
                 40239        7/21/04       3,201.10
                 40283        7/24/04       7,186.57
                 40304        7/28/04       7,779.90
                 40382        8/6/04        9,902.90
                 40427        8/12/04       8,664.35
                 40451        8/14/04       4,867.15
                 40475        8/18/04       3,338.47
                 40506        8/21/04       4,541.85
                 40550        8/27/04       4,359.37


OMEGA - KENTUCKY    OMEGA PLASTICS INC - KENTUCKY   FC9DY00003        504.90         20.92

                 Invoice#     Due Date    Balance Due
                 --------     --------    -----------
                 40234        7/21/04         504.90
```

```
                                    CAI INC              Exhibit Three
                                Finance charges
                               September 13, 2004

------------------------------------------------------------------------------------
                                                          Overdue Amount  Finance Charge
Customer         Name                        Ref #        --------------------------------
------------------------------------------------------------------------------------
                 Grand Total                                 235,912.29        8,893.17
```

How Finance Charges are Calculated:

Finance charges are calculated using the finance charge defaults from Maintain Accounts Receivable defaults for all customers who have the 'Apply Finance Charges' checked in Maintain Customers.

The finance charge amount is applied to the past due net invoice amount (invoice minus payments) and previous finance charge entries (only if 'Charge interest on finance charges' is checked in Maintain Customer defaults - found in Maintain, Default Information, Customers on the Finance Charge Tab.

The finance charge amount is calculated for each invoice or previous finance charge entry by the following formula:

The number of days past due (report date minus invoice due date or last finance charge date) times the daily finance charge rate (annual finance charge percentage divided by 365 days ).

If the calculated finance charge amount is less than the 'Minimum amount to finance charge' (from Maintain, Customer defaults), the minimum amount will be used instead of the calculated amount.