UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 SEP 27 A 10: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| C.A.I. Inc.<br>Plaintiff | ) Case No.# _____<br>)<br>) |
| v. | )<br>) |
| Omega Plastic Corp.<br>Defendant | )<br>)<br>) |

04-12065 RCL

## CORPORATE DISCLOSURE

Pursuant to LR, D. Mass 7.3, the corporate plaintiff in the above referenced action C.A.I. Inc., now makes this disclosure:

1. **C.A.I. Inc.** (a Massachusetts corporation) is a wholly owned subsidiary of the **C.A.I. Business Trust** (a Massachusetts Business Trust).

Dated: September 27th, 2004

Respectfully Submitted for the Plaintiff,
C.A.I. Inc.,
By its Attorneys,

John Gilbertson
365 Main Street
Stoneham, MA 02180
781 438-3445
781 438-8642 (fax)
BBO#: 191,700

Robert J. Michaud, Esq.
360 Littleton Road, Unit E-10
Chelmsford, MA 01824
978-376-8649
978-256-9893 (fax)
BBO#: 652283