UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| C.A.I. Inc.<br>    Plaintiff   )<br>                        )<br>v.                      )<br>                        )<br>Omega Plastic Corp.     )<br>    Defendant    )<br>                        ) | Case No. 04-12065 RCL |

### DEFENDANT'S ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Omega Plastic Corp. ("Omega") hereby moves this Honorable Court to enlarge the time within which it must answer or otherwise respond to the Complaint to and including December 3, 2004.

In support whereof, Omega states that it was served with the Summons and Complaint on November 3, 2004 and its response is currently due on or before November 23, 2004. Omega has recently engaged Massachusetts counsel to represent it and the additional time is necessary for counsel to marshal the necessary information to respond to the Complaint. In further support whereof, the Plaintiff C.A.I. Inc. has assented to the allowance of this Motion and no party will be prejudiced by the allowance hereof

WHEREFORE, this Honorable Court should issue an order enlarging the time within which Defendant Omega Plastic Corp. must answer or otherwise respond to the Complaint to and including December 3, 2004.

**Omega Plastic Corp.**,

By its attorney,

_____
John R. Cavanaugh, BBO #558648
**Clarkin, Sawyer & Phillips, P.C.**
20 William Street
Wellesley, MA 02481
(781) 431-2525

ASSENTED TO:

C.A.I. Inc.,

By its attorney,

_____
Robert J. Michaud, BBO #652283
360 Littleton Road, Unit E-10
Chelmsford, MA 01824
(978) 376-8649

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, John R. Cavanaugh, certify that on November 17, 2004, I conferred with Attorney Robert J. Michaud, counsel for Plaintiff in this action, regarding the subject matter of this Motion and he assented to the allowance of the Motion.

_____
John R. Cavanaugh, BBO #558648

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party (by mail) (by hand) on 11-22-04

_____