UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.A.I. Inc.<br>    Plaintiff<br><br>v.<br><br>Omega Plastic Corp.<br>    Defendant | Case No. 04-12065 RCL |

## CORPORATE DISCLOSURE

Pursuant to Local Rule 7.3, Defendant Omega Plastic Corp. hereby makes the following disclosure:

1. Alpha Industries, Inc. (a New Jersey corporation) is the parent corporation of Defendant Omega Plastic Corp. (a New Jersey corporation).

2. There is no publicly held corporation that owns 10% of more of the stock of Defendant Omega Plastic Corp.

**Omega Plastic Corp.**,

By its attorney,

*[signature]*

John R. Cavanaugh, BBO #558648
**Clarkin, Sawyer & Phillips, P.C.**
20 William Street
Wellesley, MA 02481
(781) 431-2525

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 11-22-04,

*[signature]*