AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division          District of          Massachusetts

C.A.I, Inc.

V.
Omega Plastic Corp.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 - 12065 RCL

TO: (Name and address of Defendant)

Omega Plastic Corp., Page Avenue, P.O. Box 808, Lyndhurst, New Jersey 07071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Gilbertson & Gilbertson, Attn: John Gilbertson, 365 Main Street, Stoneham, Massachusetts 02180

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                   9-27-04

CLERK                                          DATE

By DEPUTY CLERK

# AFFIDAVIT OF SERVICE

October 27, 2004

BERGEN COUNTY SHERIFF DEPT

DEFENDANT 1 OF 1

MARTHA  J. D'Addetta

SHERIFFS NUMBER Law 213965
TYPE OF SERVICE

I, JOEL G. TRELLA, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE
AND APPOINT TO BE MY DEPUTY TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW

| | CHECK # | AMOUNT |
|---|---|---|
| | 5103 | $ 34.40 |

**ATTORNEY**
ROBERT J. MICHAUD, ESQ.
360 LITTLETON RD.
UNIT E-10
CHELMSFORD, MA 01824

CONTROL # 52906-1

## COURT DATA

COURT   US DISTRICT
DOCKET 0412065RCL

STATE  MA        COUNTY OF VENUE   EASTERN

### CAPTION OF CASE

C.A.I. INC
VS
OMEGA PLASTIC CORP.

### NAMED WITHIN TO BE SERVICE

NAME        **OMEGA PLASTIC OCRP**
ADDRESS     **PAGE AVE.**
CITY, STATE, ZIP   **LYNDHURST, NJ 07071**

### PAPERS SERVED

SUMMONS AND COMPLAINT

### SERVICE DATA RECORDED

[X] SERVED   [ ] UNABLE TO SERVE   (1) _____   DATE  [ 11 ]/[ 3 ]/[ 04 ]
ATTEMPTS  1                         (2) _____   TIME  [ ]:[ ]:[ ]

REMARKS: _____

PERSON SERVED:  Mark ~~Feo~~ Teo

[ ] COPY PERSONALLY DELIVERED
[ ] COPY LEFT WITH:
     COMPETENT HOUSEHOLD MEMBER OVER
     14 YRS OF AGE RESIDING THEREIN
[X] OFFICER

[ ] MANAGING or GENERAL AGENT, PARTNER
[ ] REGISTERED AGENT
[ ] AGENT AUTHORIZED TO ACCEPT
[ ] DIRECTOR, TRUSTEE

[ ] IS IN THE MILITARY    [ ] NOT IN THE MILITARY

SEX:    [X] MALE     [ ] FEMALE
SKIN:   [ ] WHITE    [ ] BLACK    [X] YELLOW    [ ] BROWN    [ ] RED
HEIGHT: [ ] UNDER 5 FT    [ ] 5 - 5.6 FT    [X] 5.7 - 6.0 FT    [ ] OVER 6 FT
WEIGHT: [ ] UNDER 100 LBS    [ ] 100-150 LBS    [X] 151-200 LBS    [ ] OVER 200 LBS
HAIR:   [X] BLACK    [ ] BROWN    [ ] BLOND    [ ] GRAY    [ ] RED    [ ] WHITE    [ ] BALDING
AGE:    [ ] 14-20    [X] 21-35    [ ] 36-50    [ ] 51-65    [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS ____ DAY OF ____ 20____

_____
DEPUTY SHERIFF OF BERGEN COUNTY
STATE OF NEW JERSEY

KIMBERLY D. PROVENZANO
COMMISSION EXPIRES
7-13-09