UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| C.A.I. Inc.<br>    Plaintiff<br><br>v.<br><br>Omega Plastic Corp.<br>    Defendant | Case No.# 04-12605-RCL |

## Certification

Now comes the Plaintiff CAI Inc. and Pursuant to L.R. 16 (as modified by the Court's Order) and certifies that the undersigned have discussed the following:

a. Discussions were held on establishing a budget, in which the costs associated with conducting litigation and the costs of other alternative forms of resolution to this matter were reviewed; and

b. Discussions were also held on the availability of using other Alternate Dispute Resolution Programs to resolve this matter short of a full-litigated trial.

For C.A.I. Inc.

_____
Paul Sartorelli

Dated: January 5, 2005

Respectfully Submitted for the Plaintiff,
C.A.I. Inc.,
By its Attorneys,

_____
John Gilbertson
365 Main Street
Stoneham, MA 02180
781 438-3445
781 438-8642 (fax)
BBO#: 191700

*[signature]*

Robert J. Michaud, Esq.
360 Littleton Road, Unit E-10
Chelmsford, MA 01824
978-376-8649
978-256-9893 (fax)
BBO#: 652283