UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-12065 RCL

C.A.I. Inc.         )
    Plaintiff  )
                )
v.                  )
                )
Omega Plastic Corp. )
    Defendant  )
                )

**CERTIFICATE PURSUANT TO**
**LOCAL RULE 16.1(d)(3)**

Now comes the Defendant, Omega Plastics Corp. in the above-entitled matter together with its attorneys and hereby certifies as follows:

1. That they have conferred with view towards establishing a budget for the cost of conducting the full course – and various alternative courses – of the litigation; and

2. That they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Mark Teo, Executive Vice President

_____
Leonard F. Clarkin, BBO #085800
John R. Cavanaugh, BBO #558648
**Clarkin, Sawyer & Phillips, P.C.**
20 William Street
Wellesley, MA 02481
(781) 431-2525

*January ___, 2005*