FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 JAN 25 P 3: 13

U.S. DISTRICT COURT
DISTRICT OF MASS

| | | |
|---|---|---|
| C.A.I. Inc. | ) | Case No.#: 04-12605-RCL |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF FILING |
| Omega Plastic Corp. | ) | |
|     Defendant | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Pursuant to L.R. 5.2, I hereby certify that a true copy of the above Plaintiff's First Request for Admissions was served upon the Plaintiff's Counsel of record by first class mail to the offices of defendant's Attorney John Cavanaugh, at Clarkin Sawyer, & Phillips, PC, 20 William Street, Wellesley, MA 02481 on the 21st day of January 2005.

Dated: January 21, 2005

Respectfully Submitted for the Plaintiff,
C.A.I. Inc.,
By its Attorney,

Robert J. Michaud, Esq.
360 Littleton Road, Unit E-10
Chelmsford, MA 01824
978-376-8649
978-256-9893 (fax)
BBO#: 652283