UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-12065 RCL

C.A.I. Inc.    )
    Plaintiff    )
        )
v.    )
        )
Omega Plastic Corp.    )
    Defendant    )
        )

## JOINT MOTION TO ENTER
## AGREED ORDER OF DISMISSAL

    Plaintiff C.A.I., Inc. and Defendant Omega Plastics Corp. hereby jointly move this Honorable Court to enter an Agreed Order of Dismissal in the form submitted herewith. In support whereof, the parties state as follows:

    1.    The parties have entered into a settlement agreement that resolves all issues and controversies raised in this litigation. (A copy of the Settlement Agreement is attached to the Agreed Order of Dismissal). The Settlement Agreement calls for payments to be made over a ten month period of time and, in the event of a failure to make such payments, a consent to judgment in the original amount of Plaintiff's claim (subject only to offsets for payments made under the Settlement Agreement).

    2.    Given the nature and terms of the Settlement Agreement, the parties desire that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

    3.    The Agreed Order of Dismissal submitted herewith is based upon the form suggested by Magistrate Judge Morton Denlow in M.Denlow, Federal Jurisdiction in the Enforcement of Settlement Agreements: *Kokkonen* Revisited, 2003 Fed. Cts. L. Rev. 2 §III.A.1. Magistrate Denlow specifically suggests that this form of Dismissal is appropriate when a settlement agreement calls for payments to be made over a period of time because it allows for enforceability of a settlement, while "making it clear that the court does not intend to be involved forever." Id. Thus, "if a settlement calls for payments to be made over a one-year period, the Court may wish to retain jurisdiction for a period of fifteen months to give the court time to address a default should it occur." Id.

    4.    In this case, the Settlement Agreement calls for payments to be made over a ten month period, so the parties have suggested that the Court retain jurisdiction for a period of one year to give the Court time to address a default should it occur.

WHEREFORE, the Plaintiff C.A.I., Inc. and Defendant Omega Plastics Corp. hereby jointly move this Honorable Court to enter an Agreed Order of Dismissal in the form submitted herewith.

| C.A.I., Inc. | Omega Plastics Corp., |
|---|---|
| By its attorneys, | By its attorneys, |
| *[signature]* | *[signature]* |
| John R. Gilbertson, BBO#191700 | Leonard F. Clarkin, BBO#085800 |
| 365 Main Street | John R. Cavanaugh, BBO#558648 |
| Stoneham, MA 02180 | Clarkin, Sawyer & Phillips, P.C. |
| 781-438-3445 | 20 William Street, Suite G-75 |
| 781-438-8642 (fax) | Wellesley, MA 02481 |
| | 781-431-2525 |
| | 781-237-7580 (fax) |

*[signature]*
Robert J. Michaud, BBO#652283
360 Littleton Road, Unit E-10
Chelmsford, MA 01824
978-376-8649
978-256-9893 (fax)