UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-12065 RCL

C.A.I. Inc. )
    Plaintiff )
)
v. )
)
Omega Plastic Corp. )
    Defendant )
)

### AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994):

**IT IS HEREBY ORDERED:**

1. The parties shall comply with the terms of their settlement agreement entered into on February 4, 2005, a copy of which is attached hereto and incorporated by reference as if set forth fully herein.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement through December 15, 2005.

3. Except as provided in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

IT IS ORDERED this ___ day of February, 2005.

REGINALD C. LINDSAY
United States District Judge